IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01432-LTB-BNB

PETER B. DUNN,

Plaintiff,

v.

LOUISVILLE LADDER GROUP LLC, a Delaware limited liability company,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion of Defendant Louisville Ladder Group LLC to Amend the Scheduling Order Dated September 14, 2006** [docket no. 17, filed December 6, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 5, 2007**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 2, 2007**.

DATED:  December 13, 2006