**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01432-LTB-BNB

PETER B. DUNN,

      Plaintiff,

v.

LOUISVILLE LADDER GROUP, LLC, a Delaware limited liability company,

      Defendant.
_____

**ORDER**
_____

      THIS MATTER comes before the Court on the parties' Stipulation to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Having considered this matter, the law and being fully advised in the premises, the Court hereby approves the parties' stipulation. This matter is hereby dismissed with prejudice, and each party shall pay its own attorney's fees and costs incurred in connection with this matter.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:   June 7, 2007